DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)
Counsel to Ford Motor Credit Company, Appellant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    BALDASSARRE PINTI
    aka BUDDY PINTI,

          Debtor.

**NOTICE OF APPEAL**

Case No. 06-35230-CGM
(Chapter 13)

    Ford Motor Credit Company (Appellant), a creditor and interested party in this bankruptcy case, appeals under 28 U.S.C. Section 158(a) from the order of the Bankruptcy Judge entitled "Order Denying Objection to Confirmation" entered in the contested matter of Appellant's objection to confirmation of Debtor's Amended Chapter 13 Plan on March 15, 2007.

    The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

    Ford Motor Credit Company (Appellant)
    Attorneys:    Martin A. Mooney, Esq.
                     Deily, Mooney & Glastetter, LLP
                     8 Thurlow Terrace
                     Albany, NY 12203
                     Tel. (518) 436-0344

    Baldassarre Pinti aka Buddy Pinti (Appellee)
    Attorney:     Andrea B. Malin, Esq.
                     1136 Route 9
                     Wappingers Falls, NY 12590
                     Tel. (845) 298-1600

      Jeffrey L. Sapir, Esq. (Appellee)
      Chapter 13 Trustee
      Attorney:    Jeffrey L. Sapir, Esq.
                     399 Knollwood Road, Suite 102
                     White Plains, NY 10603
                     Tel. (914) 328-6333

DATED:    March 23, 2007               FORD MOTOR CREDIT COMPANY
              Albany, New York            By Its Counsel

                                              /s/ Martin A. Mooney
                                              Martin A. Mooney, Esq. (MM 8333)
                                              DEILY, MOONEY & GLASTETTER, LLP
                                              8 Thurlow Terrace
                                              Albany, New York 12203-1006
                                              Tel. (518) 436-0344

TO:     Andrea B. Malin, Esq.
         Attorney for Debtor
         1136 Route 9
         Wappingers Falls, NY 12590

         Jeffrey L. Sapir, Esq. (Trustee)
         399 Knollwood Road, Suite 102
         White Plains, NY 10603

         Office of the U.S. Trustee
         74 Chapel Street
         Albany, NY 12207

         Baldassarre Pinti aka Buddy Pinti (Debtor)
         359 Reservoir Road
         Middletown, NY 10940

06.03289