DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:

    BALDASSARRE PINTI            Case No. 06-35230-CGM
    aka BUDDY PINTI,             (Chapter 13)

          Debtor.

---

### APPELLANT FORD MOTOR CREDIT COMPANY'S DESIGNATION OF RECORD ON APPEAL AND STATEMENT OF ISSUES PURSUANT TO RULE 8006

#### A. DESIGNATION OF RECORD

Appellant, Ford Motor Credit Company, designates the following for inclusion in the Record on Appeal:

| Docket No. | Description |
|---|---|
| 52 | Amended Proof of Claim of Ford Motor Credit Company filed January 3, 2007 |
| 51 | Proof of Claim of Ford Motor Credit Company filed April 6, 2006 |
| 50 | Notice of Appeal to District Court |
| 47 | Order Denying Motion to Allow Objection to Confirmation signed on March 15, 2007 |
| 46 | Motion to Allow Order Denying Objection to |

| | |
|---|---|
| | Confirmation |
| 45 | Written Opinion signed on March 13, 2007 re: Objection to Confirmation |
| 42 | Memorandum of Law in Support of the Debtor's Opposition to the Objection to Confirmation filed By Ford Motor Credit Complaint |
| 41 | Opposition to Objection to Plan filed by Andrea B. Malin |
| 40 | Memorandum of Law (Supplemental) filed on behalf of Ford Motor Credit Company |
| 38 | Memorandum of Law of Ford Motor Credit Company in Support of Objection to Confirmation of Debtor's Amended Chapter 13 Plan |
| 37 | Objection to Confirmation of Amended Plan re: 2004 F-250 |
| 36 | First Amended Plan |
| 28 | Response to Motion Objecting to Claim No. 1 on behalf of Ford Motor Credit Company |
| 27 | Motion to Expunge Claims No.1 filed by Ford Motor Credit Company |
| 21 | Order signed on August 17, 2006 Granting Motion for Relief from Stay |
| 17 | Motion for Relief from Stay and Notice of Presentment re: 2004 Ford F250 |

## B. STATEMENT OF ISSUES PRESENTED

1. Did the Court below err in determining that Debtor may surrender his financed vehicle to Ford Motor Credit Company in full satisfaction of Ford Motor Credit Company's claim and thus deny Ford Motor Credit Company an allowed unsecured claim for the deficiency resulting from disposition of the vehicle?

DATED:  March 29, 2007                          Respectfully submitted,
        Albany, New York

                                                /s/ Martin A. Mooney
                                                Martin A. Mooney, Esq. (mm 8333)
                                                DEILY, MOONEY & GLASTETTER, LLP
                                                Attorneys for Ford Motor Credit Company
                                                8 Thurlow Terrace
                                                Albany, New York  12203-1006
                                                Tel. (518) 436-0344

TO:  U.S. Bankruptcy Court
     176 Church Street
     Poughkeepsie, NY  12601

     Andrea B. Malin, Esq.
     Attorney for Debtor
     1136 Route 9
     Wappingers Falls, NY 12590

     Jeffrey L. Sapir, Esq. (Trustee)
     399 Knollwood Road, Suite 102
     White Plains, NY 10603

     Office of the U.S. Trustee
     74 Chapel Street
     Albany, NY 12207

     Baldassarre Pinti aka Buddy Pinti (Debtor)
     359 Reservoir Road
     Middletown, NY 10940

06.03289

DEILY, MOONEY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
(518) 436-0344
Martin A. Mooney, Esq. (MM 8333)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

    BALDASSARRE PINTI
    aka BUDDY PINTI,

                  Debtor.

**AFFIDAVIT OF MAILING**

Case No. 06-35230-CGM
(Chapter 13)

STATE OF NEW YORK)
COUNTY OF ALBANY )

    LYNN A. MANKE, being duly sworn, deposes and says:

    I am a Bankruptcy Specialist with the law office of Deily, Mooney & Glastetter, LLP, attorneys for Ford Motor Credit Company, am over 18 years of age and am not a party to this action.

    On the 29th day of March, 2007, I served a copy of the **Notice of Electronic Filing** generated by the filing of Appellant's Designation of Record on Appeal and Statement of Issues Pursuant to Rule 8006, upon the following parties who have either requested service by electronic means or are deemed to have requested same, in accordance with FRBP 9036, as hereinafter set forth:

    Andrea B. Malin, Esq.
    Attorney for Debtor
    Genova & Malin
    1136 Route 9
    Wappingers Falls, NY 12590

    Jeffrey L. Sapir, Esq. (Trustee)
    399 Knollwood Road, Suite 102
    White Plains, NY 10603

    and upon the following parties whose name(s) are hereinafter set forth by depositing a true and correct copy of the Notice of Appeal properly enclosed in post-paid wrapper in the Official depository maintained and exclusively controlled by the United States Post Office, which copy is directed to said parties at the addresses set after their respective names, that being the address within the state designated by them for that purpose, to wit:

    Baldassarre Pinti aka Buddy Pinti (Debtor)
    359 Reservoir Road
    Middletown, NY 10940

    Office of the U.S. Trustee

74 Chapel Street
Albany, NY 12207

/s/ Lynn A. Manke
Lynn A. Manke

Sworn to before me this 29th
day of March, 2007.

/s/ Martin A. Mooney
Notary Public, State of New York
MARTIN A. MOONEY
Notary Public, State of New York
No. 02MO4962291
Qualified in Schenectady Co.
Commission Expires February 12, 2010

06.03289