# MILLER & MEOLA
## LAW OFFICES

RICHARD J. MILLER
RUDOLPH J. MEOLA
JOHN M. DUBUC

14 CORPORATE WOODS BOULEVARD
ALBANY, NEW YORK 12211
TELEPHONE (518) 465-7591
TELEFAX    (518) 426-3309

April 18, 2007

**MEMO ENDORSED**

Hon. Stephen C. Robinson                                     *Telefax*
Room 633
300 Quarropas Street
White Plains, New York 10601

Dear Judge Robinson:

Pursuant to the direction which we received from Chambers on April 17, 2007, we are faxing this letter to request the Court's approval to file an *amicus curiae* brief in the bankruptcy appeal of Pinti – 7:07-CV-02848-SCR.

We have several clients who have expressed a desire to join in the brief and it is our hope that the brief will be helpful to the Court.

We will have the brief filed by the date set for appellant's brief which is April 30, 2007, so our filing will not in any way impact the briefing schedule.

Thank you again for allowing us to participate.

Respectfully yours,

Richard J. Miller
Attorney

RJM/tb

The above request for leave to file as *amicus curiae* is:

So ordered: ~~Granted:~~ Stephen C Robinson    4/20/07
Hon. Stephen C. Robinson

A PROFESSIONAL CORPORATION