UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>BALDASSARRE PINTI<br>aka BUDDY PINTI,<br><br>　　　　　　　　Debtor. | District Court<br>Civil Docket<br>Case No. 7:07-cv-02848-SCR |
| FORD MOTOR CREDIT COMPANY,<br><br>　　　　　　　　Appellant,<br><br>　-against-<br><br>BALDASSARRE PINTI<br>aka BUDDY PINTI,<br><br>　　　　　　　　Appellee. | Bankruptcy Court<br>Case No. 06-35230-CGM<br>(Chapter 13) |

## **CERTIFICATE OF SERVICE**

　　　I, Susan Frasier, certify that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the District Court the Brief of Appellant Ford Motor Credit Company on April 30, 2007.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Richard J. Miller, Esq.
Miller & Meola
14 Corporate Woods Boulevard
Albany, New York  12211

**ECF Notice:**  via e-mail notification to the following:

Andrea B. Malin, Esq.
Attorney for Debtor
Genova & Malin
1136 Route 9
Wappingers Falls, New York  12590

　　　　　　　　　　　　　　　　　　　　　/s/ Susan Frasier_____
　　　　　　　　　　　　　　　　　　　　　Susan Frasier

B-FORD.06.03289