# MILLER & MEOLA
### LAW OFFICES

RICHARD J. MILLER
RUDOLPH J. MEOLA
JOHN M. DUBUC

14 CORPORATE WOODS BOULEVARD
ALBANY, NEW YORK 12211
TELEPHONE (518) 465-7591
TELEFAX     (518) 426-3309

April 27, 2007

**MEMO ENDORSED**

*Telefax*

Hon. Stephen C. Robinson
Room 633
300 Quarropas Street
White Plains, New York 10601

Dear Judge Robinson:

Pursuant to the direction which we received from Chambers on April 27, 2007, we are faxing this letter to request the Court's approval to extend ECF filing of the *amici curiae* brief in the bankruptcy appeal of Pinti – 7:07-CV-02848-SCR which the Court had previously permitted.

We are having a problem with the ECF access, although the brief is fully complete.

We will have the brief filed no later than May 2, 2007.

Thank you again for allowing us to participate.

Respectfully yours,

*[signature]*

Richard J. Miller
Attorney

RJM/tb

The above request is *Stephen C. Robinson*
So Ordered: _____  4/30/07
Hon. Stephen C. Robinson

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

A PROFESSIONAL CORPORATION