IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
In re:                                                   7:07-CV-02848-SCR

BALDASSARRE PINTI,

                Debtor.

FORD MOTOR CREDIT COMPANY,

                Plaintiff-Appellant,

   -against-

BALDASSARRE PINTI,                                       **AFFIDAVIT OF SERVICE**

                Defendant-Appellee.
--------------------------------------------------------
STATE OF NEW YORK)
COUNTY OF ALBANY) ss:

       **THERESA BURNS**, being duly sworn, deposes and says:

       I am employed by the attorney for the *Amici Curiae*. I am over 18 years of age and not a party to this action. On May 2, 2007, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filings to the following, and, I hereby certify that I have mailed by the United States Postal service the document to the following:

       **ANDREA B. MALIN, ESQ.**
       Attorney for Defendant-Appellee
       1136 Route 9
       Wappingers Falls, New York 12590

       **DEILY, MOONEY & CLASTETTER**
       Attorney for Plaintiff-Appellant
       8 Thurlow Terrace
       Albany, New York 12203

                                            */s/ Theresa Burns*
                                            **THERESA BURNS**

Sworn to before me this
2nd day of May, 2007.


*/s/ John M. Dubuc*
**NOTARY PUBLIC**

**John M. Dubuc**
**02DU6038123**
 **Expires: 3/6/10**