UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:

    BALDASSARRE PINTI,
    aka BUDDY PINTI,

Bankruptcy Court
Case No. 06-35230(CGM)
(Chapter 13)

        Debtor.
------------------------------------------------------x
FORD MOTOR CREDIT COMPANY,

        Appellant,

District Court
Civil Docket
Case No. 7:07-cv-02848(SCR)

- against -

BALDASSARRE PINTI
aka BUDDY PINTI,

        Appellee.
------------------------------------------------------x

STATE OF NEW YORK    )
                                 )ss.:
COUNTY OF DUTCHESS  )

    I, Leah Madera, being sworn, say:

    I am not a party to this action, am over 21 years of age and reside in Hyde Park, New York.

    On May 14, 2007, I served a copy of <u>Debtor/Appellee's Brief</u> by mailing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service in New York State, addressed to each of the following persons at their last known address as set forth after each name:

DEILY, MOONEY & GLASTETTER
8 Thurlow Terrace
Albany, NY 12203
Attn: Martin A. Mooney, Esq.

MILLER & MEOLA
14 Corporate Woods Blvd.
Albany, New York 12211
Attn.: Rudolph Meola, Esq.

BALDASSARRE PINTI
359 Reservoir Road
Middletown, New York 10940

JEFFREY L. SAPIR
399 Knollwood Road
White Plains, New York 10603

                                                /s/ Leah Madera
                                                LEAH MADERA

Sworn to before me
this 14th day of May, 2007.

/s/ Sandra L. Strippoli
Sandra L. Strippoli
Notary Public, State of New York
Qualified in Dutchess County
Commission Expires: 9/28/10