UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

In Re:

    BALDASSARRE PINTI
    aka BUDDY PINTI,

                        Debtor.
———————————————————————

FORD MOTOR CREDIT COMPANY,

                    Appellant,

    -against-

BALDASSARRE PINTI
aka BUDDY PINTI,

                    Appellee.
———————————————————————

District Court
Civil Docket
Case No. 7:07-cv-02848-SCR

Bankruptcy Court
Case No. 06-35230-CGM
(Chapter 13)

## <u>RULE 7.1 STATEMENT</u>

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Ford Motor Credit Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  Ford Motor Company (NYSE symbol "F").

Date:  May 29, 2007

        /s/ Martin A. Mooney
        Martin A. Mooney, Esq. (MM 8333)
        Deily, Mooney & Glastetter, LLP
        Attorneys for Ford Motor Credit Company
        8 Thurlow Terrace
        Albany, New York  12203
        Tel:  (518) 436-0344