UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: <br><br> BALDASSARRE PINTI <br> aka BUDDY PINTI, <br><br> Debtor. | District Court <br> Civil Docket <br> Case No. 7:07-cv-02848-SCR |
| FORD MOTOR CREDIT COMPANY, <br><br> Appellant, <br><br> -against- <br><br> BALDASSARRE PINTI <br> aka BUDDY PINTI, <br><br> Appellee. | Bankruptcy Court <br> Case No. 06-35230-CGM <br> (Chapter 13) |

## CERTIFICATE OF SERVICE

    I, Lindsay J. Tarpill, certify that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the District Court the Court's Notice of the Cancellation of Conference on July 26, 2007.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

Richard J. Miller, Esq.
Miller & Meola
14 Corporate Woods Boulevard
Albany, New York  12211
(VIA FACSIMILE)

**ECF Notice:**  via e-mail notification to the following:

Andrea B. Malin, Esq.
Attorney for Debtor
Genova & Malin
1136 Route 9
Wappingers Falls, New York  12590
(VIA FACSIMILE)

                                                  /s/ Lindsay J. Tarpill_____
                                                  Lindsay J. Tarpill

B-FORD.06.03289